# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2797
Lower Tribunal No. 2022DR-002918-0000-00

_____

YSAMAR JIMENEZ POLANCO,

Appellant,

v.

JOHNATHAN RIOS,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
Keith P. Spoto, Judge.

April 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.


Arianna M. Mendez, of The Law Firm of Arianna M. Mendez, PLLC, Hialeah, for Appellant.

Jean M. Henne, of Jean M. Henne, P.A., Winter Haven, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED